1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EX PARTE APPLICATION OF APPLE INC., AND APPLE DISTRIBUTION INTERNATIONAL LIMITED FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FROM QUALCOMM INCORPORATED FOR USE IN FOREIGN PROCEEDINGS | CASE NO. 20-mc-0645<br><br>**ORDER ON APPLICATION**<br><br>**[Dkt. No. 1]** |

        The request set forth in Apple's Ex Parte Application for an Order Pursuant to 28

U.S.C. § 1782 (Dkt. No. 1) is **GRANTED**.  Apple is authorized to obtain discovery relating

to the issues identified in its Application from Qualcomm Incorporated, which has its

principal place of business in this District, by issuing a subpoena in substantially the same

form as Exhibit B to the Application in accordance with the Federal Rules of Civil

Procedure for use in Case No. HP-2019-000006 before the High Court of Justice of

England and Wales, Chancery Division, Patents Court in the United Kingdom.  It is further

**ORDERED** that copies of the Application and Memorandum in Support therefore and this

//

//

//

Order be mailed to Qualcomm Incorporated, 5775 Morehouse Drive, San Diego, California 92121, unless counsel for Qualcomm agrees to accept service in another manner.

**IT IS SO ORDERED**.

Dated:  June 18, 2020

_Larry A. Burns_

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge